USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE DEL-ORDEN, *on behalf of himself and all others similarly situated,*

        Plaintiff,

-against-

BROADWAY PLAZA HOTEL, INC.,

        Defendant.

---

Case No.: 17-CV-2742

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, BROADWAY PLAZA HOTEL, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Phillip G. Ray, Esq.
Kluger Healey, LLC
106 Apple Street, Suite 302
Tinton Falls, NJ 07724
Telephone: (732) 852-7500
pray@KLUGERHEALEY.COM

Date: October 19, 2017

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 10/18/17

**SO ORDERED**

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE